___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: WILLIAM C. SPENCER                    Case No. 24-11447

**AGREED ORDER RESOLVING CREDITOR'S MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY (DK#17)**

THIS DAY, there came before the Court the Creditor's Motion to Abandon and Relief from Automatic Stay (DK#17), and the Court having been advised that the parties have reached an agreement, adjudicates as follows in accordance with that agreement:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

On May 22, 2024, Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

(3)

That the Creditor holds a secured interest in the following property which secures this debt, namely, real property, more particularly described as follows:

Lot Number 7 of the North Parc Subdivision according to the Plat of said Subdivision as recorded in Plat Book A at Page 173 of the records of maps and plats on file in the office of the Chancery Clerk of Lee County, Mississippi.

(4)

That the Creditor's Motion to Abandon and Relief from the Automatic Stay is hereby granted as to the aforementioned property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Frankie Wallace's Motion to Abandon and Relief from Automatic Stay is hereby granted.  Further, that the aforementioned described real property is hereby abandoned from the bankruptcy estate and the Creditor shall be entitled to pursue any and all remedies available through state law to obtain the subject collateral, including contacting the Debtor directly and commencing foreclosure.

##ENDOFORDER##


 /s/ Bart M. Adams
Bart M. Adams
Attorney for Frankie Wallace

 /s/ Kimberly Bowling
Attorney for Debtor

 /s/ Jeffrey Tyree
Attorney for Chapter 13 Trustee

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com